| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | LINDA C. HARTER, #179741<br>Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>JESUS MENDOZA |
| 4 | Certified Student Attorney<br>801 I Street, 3rd Floor |
| 5 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 6 | |
| 7 | |
| 8 | Attorneys for Defendant<br>JOSEPH R. HERNANDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-mj-00007-CKD |
| Plaintiff, | ) | |
| v. | ) | STIPULATION [AND ~~PROPOSED~~ ORDER] TO VACATE THE BENCH TRIAL AND SET FOR A CHANGE OF PLEA |
| JOSEPH R. HERNANDEZ., | ) | |
| Defendant. | ) | Date: April 19, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Carolyn K. Delaney |

The United States Attorney through his respective counsel, KATHRYN A. WATSON, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for JOSEPH R. HERNANDEZ, and Certified Student Attorney, JESUS MENDOZA, hereby stipulate to vacate the bench trial set for April 2, 2012 at 9:00am and set for a change of plea.

The Defendant is charged with Count One 18 U.S.C. § 13 and C.V.C. § 14601.1(a)- Driving When Privilege Suspended, a class B misdemeanor. The Defendant is also charged with Count Two 18 U.S.C. § 13 and C.V.C. § 12500(a)- Driving Without a Valid License, a class B misdemeanor.

The Defendant requests additional time so that he may secure the day off of work to attend the hearing.

Accordingly, the parties jointly request that the bench trial be vacated and a change of plea hearing be scheduled for April 19, 2012 at 9:00am before Magistrate Judge Carolyn K. Delaney.

Dated: March 29, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for JOSEPH R. HERNANDEZ.

/s/ Jesus Mendoza
JESUS MENDOZA
Certified Student Attorney

Dated: March 29, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Kathryn A. Watson
KATHRYN A. WATSON
Special Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**

Dated: March 30, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE